**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FORT MYER CONSTRUCTION CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**JASON SHRENSKY, *et al.*,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 1:23-cv-02539-CJN** |

**CONSENT ORDER**

This matter came before the Court upon Terence P. Ross, Esq., Abigail J. Johansen, Esq., and the law firm of Katten Muchin Rosenman LLP's Consent Motion for Withdrawal and Substitution of Counsel (the "Motion"); and it

APPEARING THAT Terence P. Ross, Esq., Abigail J. Johansen, Esq., and the law firm of Katten Muchin Rosenman LLP (collectively, "Movants") are counsel of record for Defendants Jason Shrensky and JAS Investors Maryland, LLC (collectively, "Defendants"); and it further

APPEARING THAT following the withdrawal of Movants as counsel, Stephen M. Seeger, Josephine M. Bahn, and the law firm of Cozen O'Connor substitute as counsel of record for Defendants; and it further

APPEARING THAT Defendants consent to the Motion; and it further

APPEARING THAT the contact information for Stephen M. Seeger, Esq., Josephine M. Bahn, Esq. is as follows:

Stephen M. Seeger (D.C. Bar No. 431258)

Josephine M. Bahn (D.C. Bar No. 1048820)
2001 M Street, NW Suite 500
Washington, DC 20036
Telephone: (202) 747-0793 | Fax: (202) 640-5961
sseeger@cozen.com
jbahn@cozen.com

and it further

APPEARING THAT Counsel for Plaintiff Fort Myer Construction Corporation consents to the Motion; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Terence P. Ross, Esq., Abigail J. Johansen, Esq., and the law firm of Katten Muchin Rosenman LLP shall be deemed withdrawn as counsel of record for Defendants; and it is further

ORDERED that Stephen M. Seeger, Josephine M. Bahn, and the law firm of Cozen O'Connor are hereby substituted as counsel of record for Defendants Jason Shrensky and JAS Investors Maryland, LLC.

ENTERED this 30th day of June, 2026

CARL J. NICHOLS
United States District Judge

WE ASK FOR THIS:

**KATTEN MUCHIN ROSENMAN LLP**

_______*/s/ Terence P. Ross*__________
Terence P. Ross (D.C. Bar No. 376062)
Abigail Johansen (admitted Pro Hac Vice)
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C. 20006
Phone: (202) 625-3500
Fax: (202) 298-7570
Terence.ross@katten.com
Abigail.johansen@katten.com
*Counsel for Defendants*

SEEN AND AGREED:

______*/s/ Stephen M. Seeger*__(with permission)____
Stephen M. Seeger (D.C. Bar No. 431258)
Josephine M. Bahn (D.C. Bar No. 1048820)
2001 M Street, NW Suite 500
Washington, DC 20036
Telephone: (202) 747-0793 | Fax: (202) 640-5961
sseeger@cozen.com
jbahn@cozen.com

____*/s/ Connie N. Bertram*__(with permission)_______
Connie N. Bertram (D.C. Bar No. 435840)
BERTRAM LLP
1717 K Street, NW, Suite 900
Washington, DC 20006
Tel: (866) 456-1159
cbertram@bertramllp.com
*Counsel for Plaintiff Fort Myer Construction Corporation*