**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FORT MYER CONSTRUCTION CORPORATION,**

Plaintiff,

**v.**

**JASON SHRENSKY**, ***et al.***,

Defendants.

**Civil Action No. 1:23-cv-02539-CJN**

**ORDER**

This matter comes before the Court on the Parties' Joint Motion to Lift Stay and for Entry of a Second Amended Scheduling Order, any opposition and reply, and finding good cause exists, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that this case is **UNSTAYED**; and it is further

**ORDERED** that the following schedule shall govern the proceedings:

| Event | Date |
|---|---|
| Fact Discovery Ends | November 13, 2026 |
| Parties' Expert Report Due | December 13, 2026 |
| Parties' Rebuttal Expert Report Due | January 14, 2027 |
| Expert Discovery Ends | February 12, 2027 |
| Last Day to File Dispositive Motions | March 19, 2027 |

| | |
|---|---|
| Last Day to File Opposition to Dispositive Motions | April 9, 2027 |
| Last day to File Reply in Support of Dispositive Motions | April 30, 2027 |
| Pretrial Conference | 45 days after the Court's ruling on dispositive motions |
| Trial Begins | No earlier than thirty (30) days after the Pretrial Conference and no later than sixty (60) days after the Pretrial Conference. |

**SO ORDERED**.

DATE: June 30, 2026

CARL J. NICHOLS
United States District Judge