# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the District of Columbia**

**Fort Myer Construction Corporation**

Plaintiff(s),

vs.

**Jason Shrensky, et al**

Defendant(s).

Attorney: Connie N. Bertram

Bertram LLP
1717 K Street, N.W.
Washington DC 20006

*360969*

**Case Number: 1:23-cv-02539(CJN)**

Legal documents received on **08/12/2026** at **10:10 AM** to be served upon **Ofelia Vallejo at 8469 Burton Ln., Upper Marlboro, MD 20772**

I, **Jonathan Gaines**, swear and affirm that on **August 18, 2026** at **11:16 AM**, I did the following:

**Personally** Served **Ofelia Vallejo** the person listed as the intended recipient of the legal document with this **Subpoena to Testify at a Deposition in a Civil Action; Attachment A; Witness Check for $63.20** at **8469 Burton Ln., Upper Marlboro, MD 20772**.

**Description of Person Accepting Service:**
Sex: Female Age: 35-45 Height: Sitting Weight: 131-160 lbs Skin Color: Hispanic Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 8/19/2026

**Jonathan Gaines**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:360969

# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the District of Columbia**

**Fort Myer Construction Corporation**

Plaintiff(s),

vs.

**Jason Shrensky, et al**

Defendant(s).

Attorney: Connie N. Bertram

Bertram LLP
1717 K Street, N.W.
Washington DC 20006

*360970*

**Case Number: 1:23-cv-02539(CJN)**

Legal documents received on **08/12/2026** at **10:11 AM** to be served upon **Ofelia Vallejo at 8469 Burton Ln., Upper Marlboro, MD 20772**

I, **Jonathan Gaines**, swear and affirm that on **August 18, 2026** at **11:16 AM**, I did the following:

**Personally** Served **Ofelia Vallejo** the person listed as the intended recipient of the legal document with this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Attachment A; Exhibits** at **8469 Burton Ln., Upper Marlboro, MD 20772**.

**Description of Person Accepting Service:**
Sex: Female Age: 35-45 Height: Sitting Weight: 131-160 lbs Skin Color: Hispanic Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 8/19/2026

**Jonathan Gaines**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:360970